# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Robert D. Harrell ) | Case No: 05-190 |
| ) | USM No: 29484-034 |
| Date of Original Judgment: 08/03/2006 ) | |
| Date of Previous Amended Judgment: 08/18/2008 ) | |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 31  as of 8/18/2008   Amended Total Offense Level: 31
Criminal History Category: III                    Criminal History Category: III
Previous Guideline Range: 135 to 168 months   Amended Guideline Range: 135 to 168 months

*(Complete Part II of Page 2 when motion is granted)*

**COMMENTS** *(For Public Disclosure)*

The defendant is ineligible for a sentence reduction because the current Amendment 750 guidelines range is the same as the earlier Amendment 706 reduction.

Except as otherwise provided, all provisions of the judgment dated 08/18/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/20/2012

*Judge's signature*

Effective Date: _____         Lance M. Africk, United States District Judge
*(if different from order date)*              *Printed name and title*